JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Sung Choi | ) | 2:19-cv-02747-RSWL-PJWx |
| Plaintiff, | ) | |
| | ) | ORDER DISMISSING CASE |
| v. | ) | |
| Capricorn Realty, Inc., et al. | ) | |
| Defendant. | ) | |

On July 12, 2019, the Court ordered counsel to Show Cause why this action should not be dismissed for failure to file the proof of service of summons and complaint. To date, counsel has not complied with this order.

Accordingly, good cause appearing therefore, the Court hereby DISMISSES this action for failure to prosecute and failure to obey an order of this Court. The Clerk of the Court is directed to close the file.

IT IS SO ORDERED.

Dated: July 18, 2019             s/ RONALD S.W. LEW
HONORABLE RONALD S. W. LEW
U.S. District Judge